well, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 123 N. Y. Supp. 1123.

JONES et al. v. CONLON et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Winifred F. Jones and others against Eva K. Conlon, impleaded with others. F. J. Swift, for appellant. G. S. Daniels, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JONES v. MAHER et al. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Joseph W. Jones against George M. Maher, as president of District Lodge No. 15, etc., and others, defendants and appellants. No opinion. Judgment (62 Misc. Rep. 388, 116 N. Y. Supp. 180) affirmed, with costs.

JORDAN, Respondent, v. PHELAN, Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Patrick Jordan against Timothy J. Phelan. J. F. Daly, for appellant. R. J. Donovan, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
McLAUGHLIN and LAUGHLIN, JJ., dissenting.

JOSEPHSON, Respondent, v. MUSICAL COURIER CO., Appellant. (Supreme Court, Appellate Division, First Department. November 18, 1910.) Action by Max D. Josephson against the Musical Courier Company. E. E. Wise, for appellant. N. Barkan, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

KAHN, Respondent, v. HOLLANDER et al., Appellants. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Louis J. Kahn against Adolph Hollander and another. M. M. Goldsmith, for appellants. D. Bernstein, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 125 N. Y. Supp. 333.

KAPLAN, Appellant, v. FAERBER, Respondent. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Annie Kaplan against Moritz Faerber. No opinion. Judgment affirmed, with costs.

KATZ, Respondent, v. BERNSTEIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 20, 1910.) Action by Louis Katz against Martha Bernstein and another. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 124 N. Y. Supp. 1118.

KAYS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Harvey W. Kays against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

KEENE v. ERIE R. CO. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by Abigail C. Keene, as administratrix, etc., against the Erie Railroad Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

KELLER v. AMERICAN BOTTLERS' PUB. CO. et al. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by William B. Keller against the American Bottlers' Publishing Company and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 125 N. Y. Supp. 212.

KENNEDY, Respondent, v. GERMAN FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1910.) Action by Edwin T. Kennedy against the German Fire Insurance Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 124 N. Y. Supp. 1118.

KENNETT, Appellant, v. HOPKINS et al., Respondents. (Supreme Court, Appellate Division, First Department. October 21, 1910.) Action by Francis J. Kennett against George B. Hopkins and others. T. Saunders, for appellant. H. C. Larkin, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

KEYSTONE NAT. BANK OF PITTSBURGH, Respondent, v. STOUT et al., Appellants. (Supreme Court, Appellate Division, First Department. October 21, 1910.) Action by the Keystone National Bank of Pittsburgh against James N. Stout and others. J. N. Catlow, for appellants. J. D. Fearhake, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

KING, Respondent, v. BENSON MINES CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Olive King, as administratrix, etc., against the Benson Mines Company. No opinion. Judgment and order unanimously affirmed, with costs.

KINGS COUNTY TRUST CO., Appellant, v. BLOODGOOD et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 20, 1910.) Action by the Kings County Trust Company as executor, etc., against William E. Bloodgood and another as surviving executors, etc., and others. No opinion. Motion to dismiss appeal granted, without costs.